AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Cheri Lyn Deary,

*Plaintiff,*

v.

Great LAkes Acquisition Corp d/b/a
Great Lakes Caring, et al.,

*Defendant.*

Case No. 2:21-cv-11587-PDB-APP
Hon. Paul D. Borman

## SUMMONS IN A CIVIL ACTION

To:  Great Lakes Home Health Services, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff s attorney, whose name and address are:

Marc L. Newman
950 W. University Drive
Suite 300
Rochester, MI
48307

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By:  s/ S Krause
*Signature of Clerk or Deputy Clerk*



Date of Issuance:  July 7, 2021

AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(1))*

Case No. 2:21−cv−11587−PDB−APP

This summons for *(name of individual and title, if any)* Great Lakes Home Health Services, Inc.
was received by me on *(date)* July 08, 2021

[ ] I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

[✓] I served the summons on *(name of individual)* National Registered Agents, Inc. , who is
designated by law to accept service of process on behalf of *(name of organization)* Registered
agent for Great Lakes Home Health on *(date)* July 08, 2021 ; or
Services, Inc.

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other: *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under the penalty of perjury that this information is true.

Date: July 08, 2021

St Fultz
*Server's Signature*

Steven Fultz, Server
*Printed Name and Title*

950 W. University Dr. Suite 300
*Server's address*                    Rochester, MI 48307

Additional information regarding attempted service, etc.: