UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Cheri Lyn Deary

        Petitioner,

v.

Great LAkes Acquisition Corp d/b/a Great Lakes Caring et al

        Respondent.
        _____/

Case No. 2:21-cv-11587

Honorable Paul D. Borman

Magistrate Judge Anthony P. Patti

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

This case appears to be a companion case to Case No. __19-cv-11502__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __Laurie J. Michelson__ and Magistrate Judge _____.

    s/Paul D. Borman
    Paul D. Borman
    United States District Judge

    s/Laurie J. Michelson
    Laurie J. Michelson
    United States District Judge

Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
Case type: __CIVIL__

If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: __July 13, 2021__

    s/ S Schoenherr
    Deputy Clerk

cc:    Parties and/or counsel of record
       Honorable Laurie J. Michelson