UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERI LYN DEARY,

    Plaintiff,

v.

GREAT LAKES ACQUISITION
CORP. d/b/a GREAT LAKES
CARING and GREAT LAKES
HOME HEALTH SERVICES INC,

    Defendants.

Case No. 2:21-cv-11587

Hon. Laurie J. Michelson

Magistrate Judge Anthony P. Patti

| THE MILLER LAW FIRM, P.C.<br>By: E. Powell Miller (P39487)<br>    Marc L. Newman (P51393)<br>    Kevin F. O'Shea (P40586)<br>950 West University Drive, Suite 300<br>Rochester, Michigan 48307<br>(248) 841-2200<br>epm@millerlawpc.com<br>mln@millerlawpc.com<br>kfo@millerlawpc.com | KIENBAUM HARDY VIVIANO<br>PELTON & FORREST, P.LC.<br>By: Eric J. Pelton (P40635)<br>    Thomas J. Davis (P78626)<br>Attorneys for Plaintiffs<br>280 N. Old Woodward Ave. Ste. 400<br>Birmingham, MI  48009<br>(248) 645-0000<br>epelton@khvpf.com<br>tdavis@khvpf.com |
|---|---|

**Defendants' Notice of Status of State Court Proceedings**

Pursuant to the Court's November 10, 2021 Order staying and administratively closing this case pursuant to the *Colorado River* abstention doctrine, Defendants provide this Notice of Status of State Court Proceedings.

Following the Court's order staying and administratively closing this case, on December 8, 2021, the state court lifted the stay on the state-court *Deary* case, denied Ms. Deary's Motion for Summary Disposition pursuant to MCR 2.116(C)(6), and issued a scheduling order. Ex. A, Stipulated Order.

On March 4, 2022, the state court entered an order consolidating the *Deary* case with the pre-existing *Ewing* state-court matter. Ex. B, Stipulated Order of Consolidation.

As of today's date, the now-consolidated state-court *Deary/Ewing* matter is ongoing in Jackson County Circuit Court. The case is currently in discovery.

Respectfully submitted,

/s/*Thomas J. Davis*
    Eric J. Pelton (P40635)
    Thomas J. Davis (P78626)
Kienbaum Hardy Viviano Pelton & Forrest PLC
Attorneys for Plaintiff
280 N. Old Woodward Ave., Ste. 400
Birmingham, MI 48009
(248) 645-0000
epelton@khvpf.com
tdavis@khvpf.com

Dated: May 6, 2022

-1-

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2022, I served the foregoing document on the above listed attorneys of record through the Court's ECF system.

                                              */s/ Michelle R. Beveridge*
                                              Michelle R. Beveridge,
                                               Legal Assistant
                                              Kienbaum Hardy Viviano
                                                  Pelton & Forrest, P.L.C.

422625