...

**EXHIBIT A**

## STATE OF MICHIGAN

### IN THE CIRCUIT COURT FOR THE COUNTY OF JACKSON

GREAT LAKES HOME HEALTH SERVICES INC. and GREAT LAKES ACQUISITION CORP.,

    Plaintiffs,

v.

CHERI LYN DEARY, CARELINE HEALTH GROUP-MI LLC and CARELINE HOLDCO LLC,

    Defendants.

Case No. 21-2534-CB

Hon. Richard N. LaFlamme

**STIPULATED SCHEDULING ORDER AND ORDER LIFTING STAY**

---

KIENBAUM HARDY VIVIANO
PELTON & FORREST, P.LC.
By:  Eric J. Pelton (P40635)
      Thomas J. Davis (P78626)
      Ryan D. Bohannon (P73394)
*Attorneys for Plaintiffs*
280 N. Old Woodward Ave., Suite 400
Birmingham, MI 48009
(248) 645-0000
epelton@khvpf.com
tdavis@khvpf.com
rbohannon@khvpf.com

FILED
DEC 08 2021
JACKSON COUNTY CLERK
4TH CIRCUIT COURT

THE MILLER LAW FIRM, P.C.
By:  Marc L. Newman (P51393)
*Attorneys for Defendant Cheri Lyn Deary*
950 West University Dr., Suite 300
Rochester, MI 48307
(248) 841-2200
mln@millerlawpc.com

ABBOTT, THOMSON, MAULDIN,
PARKER. BEER & RICK, PLC
By:  Brendon R. Beer (P65365)
      Richard C. Lindsey, Jr. (51342)
*Attorneys for Defendants Careline Health Group-MI LLC and Careline Holdco LLC*
405 S. Jackson St.
P.O. Box 450
Jackson, MI 49201
(517) 787-8570
bbeer@atbplclaw.com
rlindsey@atbplclaw.com

DICKINSON WRIGHT PLLC
By:  Scott R. Knapp (P61041)
*Attorneys for Defendants Careline Health Group-MI LLC and Careline Holdco LLC*
123 W. Allegan St., Ste. 900
Lansing, MI 48933
(517) 371-1730
sknapp@dickinsonwright.com


2021002534CB

## STIPULATED SCHEDULING ORDER AND ORDER LIFTING STAY

At a session of said Court held in the City of Jackson,
County of Jackson, State of Michigan, on
DEC 0 8 2021

PRESENT: RICHARD N. LaFLAMME

On November 12, 2021, the parties attended a status conference with the Court. Following that conference, and at the Court's direction, the parties have agreed to the following Order.

IT IS ORDERED that the stay entered by this Court on September 23, 2021 is lifted and Defendant Cheri Lyn Deary's Motion for Summary Disposition Pursuant to MCR 2.116(C)(6) is DENIED.

IT IS FURTHER ORDERED that deadlines are established as follows:

| EVENT | DEADLINE |
|---|---|
| Defendants' responses to the complaint | December 16, 2022 |
| Lay Witness List | May 6, 2022 |
| Expert Witness List and Disclosure – Plaintiffs | July 8, 2022 |
| Expert Witness List and Disclosure – Defendants | August 19, 2022 |
| Discovery Completed | October 7, 2022 |
| Facilitative Mediation Completed | September 16, 2022 |
| Dispositive Motions & Motions to Limit/Exclude Experts filed by | November 30, 2022 |
| Settlement Conference | To be set by the Court |
| Joint Final Pretrial Order | To be set by the Court |

1

| Final Pretrial Conference | To be set by the Court |
|---|---|
| Trial | To be set by the Court |

IT IS SO ORDERED.

This does not resolve the last pending matter in this case.

_____
Hon. Richard N. LaFlamme, Circuit Court Judge

2

Stipulated to:

KIENBAUM HARDY VIVIANO PELTON
& FORREST, P.L.C.

By: /s/Ryan D. Bohannon
Eric J. Pelton (P40635)
Thomas J. Davis (P78626)
Ryan D. Bohannon (P73394)
Attorneys for Plaintiffs
280 N. Old Woodward Ave., Suite 400
Birmingham, MI 48009
(248) 645-0000
epelton@khvpf.com
tdavis@khvpf.com
rbohannon@khvpf.com

THE MILLER LAW FIRM, P.C.

By: /s/Mark L. Newman (w/permission)
Marc L. Newman (P51393)
*Attorneys for Defendant Cheri Lyn Deary*
950 West University Dr., Suite 300
Rochester, MI 48307
(248) 841-2200
mln@millerlawpc.com


ABBOTT, THOMSON, MAULDIN,
 PARKER. BEER & RICK, PLC

By: /s/Brendon R. Beer (w/permission)
Brendon R. Beer (P65365)
Richard C. Lindsey, Jr. (51342)
*Attorneys for Defendants Careline Health Group-MI LLC and Careline Holdco LLC*
405 S. Jackson St.
Jackson, MI 49201
(517) 787-8570
bbeer@atbplclaw.com
rlindsey@atbplclaw.com

DICKINSON WRIGHT PLLC
Scott R. Knapp (P61041)
*Attorneys for Defendants Careline Health Group-MI LLC and Careline Holdco LLC*
123 W. Allegan St., Ste. 900
Lansing, MI 48933
(517) 371-1730
sknapp@dickinsonwright.com

430612

3