**EXHIBIT B**

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF JACKSON

| | |
|---|---|
| GREAT LAKES HOME HEALTH SERVICES INC. and GREAT LAKES ACQUISITION CORP., | Case No. 21-2534-CB |
| Plaintiffs, | Hon. Richard N. LaFlamme |
| v. | |
| CHERI LYN DEARY, CARELINE HEALTH GROUP-MI, LLC, and CARELINE HOLDCO LLC, | TRUE COPY OF ORIGINAL ON FILE<br>MAR 04 2022<br>JACKSON COUNTY CIRCUIT COURT<br>AMANDA L. KIRKPATRICK CO. CLERK |
| Defendants. | |

| | |
|---|---|
| KIENBAUM HARDY VIVIANO PELTON & FORREST, P.LC.<br>By:  Eric J. Pelton (P40635)<br>       Thomas J. Davis (P78626)<br>       Ryan D. Bohannon (P73394)<br>*Attorneys for Plaintiffs*<br>280 N. Old Woodward Ave., Ste. 400<br>Birmingham, MI 48009<br>(248) 645-0000<br>epelton@khvpf.com<br>tdavis@khvpf.com<br>rbohannon@khvpf.com | ABBOTT, THOMSON, MAULDIN, PARKER, BEER & RICK, PLC<br>By:  Brendon R. Beer (P65365)<br>       Richard C. Lindsey, Jr. (P51342)<br>*Attorneys for Defendants Careline Health Group-MI LLC and Careline Holdco LLC*<br>405 S. Jackson St.<br>P.O. Box 450<br>Jackson, MI 49201<br>(517) 787-8570<br>bbeer@atbplclaw.com<br>rlindsey@atbplclaw.com |
| THE MILLER LAW FIRM P.C.<br>By:  Mark L. Newman (P51393)<br>       Eric J. Minch (P80926)<br>*Attorneys for Cheri Lyn Deary*<br>950 West University Dr., Ste. 300<br>Rochester, MI 48307<br>(248) 841-2200<br>mln@miller.law<br>ejm@miller.law | DICKINSON WRIGHT PLLC<br>By:  Scott R. Knapp (P61041)<br>*Attorney for Defendants Careline Health Group-MI, LLC and Careline Holdco, LLC*<br>123 West Allegan St., Suite 900<br>Lansing, MI 48933<br>(517) 371-1730<br>sknapp@dickinsonwright.com |

**STIPULATED ORDER OF CONSOLIDATION**

At a session of said Court, Jackson County, Michigan,
this ___ day of February 2022

Hon. Richard N. LaFlamme

WHEREAS, the parties have agreed to consolidate this matter with *Great Lakes Home Health Services, Inc., et al v Carolyn Ewing, et al,* Jackson County Circuit Court, Case No. 20-888-CB, Hon. Richard N. LaFlamme (the "Ewing Case") in connection with the resolution of claims against individual defendants Carolyn Ewing, Kasey Stump, and Care Evolutions in the Ewing Case, as well as two other lawsuits pending in Oakland County Circuit Court (Case No. 20-180056-CB, Hon. Michael Warren (the "Roncelli Case")); and Ingham County Circuit Court (Case No. 20-154-CB, Hon. Joyce Draganchuk (the "VanDeusen Case")) (the Ewing Case, the Roncelli Case, and the VanDeusen Case are referred to collectively as the "Settled Cases");

WHEREAS, the parties to this Case agreed, with the exception of claims in any way related to Careline's hiring/retention of Roncelli and/or VanDeusen, that the partial resolution of the Ewing Case and the resolution of the Roncelli Case and VanDeusen Case has no effect, does not release, and will not be used as a defense (including, for illustration purposes only and not by way of limitation, res judicata, collateral estoppel, issue preclusion, and/or claim preclusion) to any of the claims in this Case, or to the remaining claims in the Ewing Case; and

WHEREAS, this matter having been brought before the Court pursuant to stipulation, the Court having reviewed the stipulation, and finding good cause for the entry of this order:

IT IS HEREBY ORDERED that this matter shall be, and hereby is CONSOLIDATED for all purposes, including trial, with the Ewing Case;

IT IS FURTHER ORDERED that defendants Cheri Lyn Deary, Careline Health Group-MI LLC and Careline Holdco LLC, with the exception of claims in any way related to

2

Careline's hiring/retention of Roncelli and/or VanDeusen, hereby waive any defense (including, for illustration purposes only and not by way of limitation, res judicata, collateral estoppel, issue preclusion, and/or claim preclusion) in the consolidated cases related to the dismissal of any claims/parties in the Settled Cases; and

IT IS FURTHER ORDERED that this order does not resolve the last pending claim as to all parties, and does not close the case.

SO ORDERED.

Hon. Richard N. LaFlamme

Stipulated as to form and substance:

Eric J. Pelton (P40635)
Counsel for Plaintiffs

Scott R. Knapp (P61041)
Counsel for Defendants Careline
Health Group-MI, LLC and
Careline Holdco, LLC

Marc L. Newman (P51393)
Counsel for Defendant
Cheri Lyn Deary

3