**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CHERI LYN DEARY,

    Plaintiff,

v.

GREAT LAKES ACQUISITION CORP. d/b/a GREAT LAKES CARING and GREAT LAKES HOME HEALTH SERVICES INC,

    Defendants.

Case No. 2:21-cv-11587

Hon. Laurie J. Michelson

Magistrate Judge Anthony P. Patti

_____/

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

The parties reached a settlement of this case. Pursuant to the governing settlement document, Plaintiff Cheri Lyn Deary and Defendants Great Lakes Acquisition Corp. d/b/a Great Lakes Caring and Great Lakes Home Health Services Inc, stipulate to entry of this Order. The Court having been otherwise fully advised in the premises:

IT IS HEREBY ORDERED that all claims against Defendants Great Lakes Acquisition Corp. d/b/a Great Lakes Caring and Great Lakes Home Health Services Inc in the above-captioned case are DISMISSED WITH PREJUDICE and without costs or attorney fees to any party.

This order resolves the last pending claim and closes the case.

IT IS SO ORDERED.

Dated: May 22, 2023

                                      s/Laurie J. Michelson
                                      LAURIE J. MICHELSON
                                      UNITED STATES DISTRICT JUDGE

Agreed to:

| THE MILLER LAW FIRM, P.C. | KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C. |
|---|---|
| By: /s/*Marc L. Newman w/permission* | By: */s/Eric J. Pelton* |
|     E. Powell Miller (P39487) |     Eric J. Pelton (P40635) |
|     Marc L. Newman (P51393) |     Thomas J. Davis (P78626) |
|     Kevin F. O'Shea (P40586) | Attorneys for Defendants |
| Attorneys for Plaintiff | 280 N. Old Woodward Ave., Ste. 400 |
| 950 West University Drive, Suite 300 | Birmingham, MI 48009 |
| Rochester, MI 48307 | (248) 645-0000 |
| (248) 841-2200 | epelton@khvpf.com |
| epm@millerlawpc.com | tdavis@khvpf.com |
| mln@millerlawpc.com | |
| kfo@millerlawpc.com | |
| Dated: May 11, 2023 | Dated: May 11, 2023 |

482978